427 A.2d 1225

Commonwealth v. Hall, Appellant.

Submitted November 16, 1979. Jack Sparacino, for appellant; James J. Conte, Assistant District Attorney, for Commonwealth, appellee.

* Judge Donald E. Wieand is sitting by special designation.

* Judge Donald E. Wieand is sitting by special designation.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

The judgment of sentence of the lower court is hereby affirmed.